# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| M.H., et al, | ) | CASE NO. 5:18cv870 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | MINUTE ORDER |
| AKRON CITY SCHOOL DISTRICT | ) | |
| BOARD OF EDUCATION, et al, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

On April 19, 2019, the Court conducted a telephonic conference to discuss defendants' notice of discovery dispute relating to defendants' request to depose W.H. (*See* Doc. No. 50).  Attorney Edward Gilbert participated on behalf of plaintiffs, and attorney Steven Strang participated on behalf of defendants. By agreement of counsel, the parties shall file, by no later than 12:00 PM on April 23, 2019, briefs with case authority outlining their respective positions. Plaintiffs are also granted leave to file their experts' report and supplemental report under seal. The Court shall conduct a follow-up telephonic conference with counsel on April 24, 2019 at 9:00 AM. Counsel for plaintiffs shall initiate the call and conference the court at 330-252-6060 when all counsel are on line.

**IT IS SO ORDERED**.


Dated: April 19, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**