# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| M.H., et al, | ) | CASE NO. 5:18-cv-870 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| AKRON CITY SCHOOL DISTRICT | ) | |
| BOARD OF EDUCATION, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

For the reasons set forth in the contemporaneously filed memorandum opinion, defendants' motions for summary judgment (Doc. Nos. 99, 102) are GRANTED IN PART. All federal claims are DISMISSED WITH PREJUDICE, and the state law claims are DISMISSED WITHOUT PREJUDICE. The default judgment against defendant Christopher Hendon (Doc. No. 39) is VACATED.

**IT IS SO ORDERED**.


Dated: April 28, 2020

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**